UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------- x

A.R.I. AGENT, LLC, a Delaware limited liability company, and: LIGHTS OUT ENTERPRISES INC., a Delaware corporation,    :

             :

           Plaintiffs,    :    Civil Action No.:

             :

             :

           -against-    :

             :

SHAWNE MERRIMAN, individually, and as Trustee of Trust: M250124, and LIGHTS OUT HOLDINGS LLC, a California: limited liability company,

             :

           Defendants,    :

LIGHTS OUT HOLDINGS LLC, a Wyoming limited liability company,

             :

           Nominal Defendant.

-------------------------------------------------------------------------------- x

**NOTICE OF MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Temporary Restraining Order and Order to Show Cause for Preliminary Injunction, the accompanying declarations and exhibits, and all prior pleadings and proceedings in this action, Plaintiffs A.R.I. Agent, LLC ("A.R.I.") and Lights Out Enterprises Inc. ("Lights Out Enterprises") will move this Court, pursuant to Federal Rule of Civil Procedure 65, before the Honorable _____, United States District Judge, at the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007, on a date and at a time to be set by the Court, for entry of a temporary restraining order and an order to show cause why a preliminary injunction should not issue against Defendants Shawne Merriman ("Merriman"), individually and as Trustee of Trust M250124 (the "Trust"), and Lights Out Holdings LLC, a California limited liability company ("Lights Out Holdings (CA)").

PLEASE TAKE FURTHER NOTICE that Plaintiffs seek an order temporarily restraining, as to Merriman, falsely representing that Merriman controls, manages, speaks for, or has authority to act on behalf of Lights Out Enterprises Inc.; issuing or causing unauthorized communications in the name of, or on behalf of, Lights Out Enterprises Inc.; interfering with Lights Out Enterprises Inc.'s business relationships; and as to Merriman and the Trust, using or exploiting the Lights Out intellectual property and related proceeds without authorization; and requiring preservation, accounting, and escrow of proceeds derived from the Lights Out intellectual property, pending further order of the Court.

PLEASE TAKE FURTHER NOTICE that Plaintiffs seek such other and further relief as the Court deems just and proper.

Dated: May 7, 2026

Respectfully submitted,

**GREENBERG TRAURIG, LLP**
By: /s/ *Daniel Filor*
Daniel P. Filor
One Vanderbilt Avenue
New York, New York 10017
Telephone: 212.801.9200
Email: filord@gtlaw.com

Joel E. Tasca, Esq. (Pro Hac Vice forthcoming)
Nevada Bar No. 14124
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone: 702.792.3773
Email: Joel.Tasca@gtlaw.com

S. Mohsin Reza, Esq. (Pro Hac Vice forthcoming)
Virginia Bar No. 75347
1750 Tysons Boulevard, Suite 1000
McLean, VA 22102
Telephone: 703.749.1300
Email: Mohsin.Reza@gtlaw.com

Ben Fechter, Esq. (Pro Hac Vice forthcoming)
Florida Bar No. 1011632
333 S.E. 2nd Avenue, Suite 4400
Miami, FL 33131

Telephone: 305.579.0500

*Counsel for Plaintiffs*