UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------------------------------

A.R.I. AGENT, LLC, a Delaware limited liability company, and
LIGHTS OUT ENTERPRISES, INC., a Delaware corporation,

      Plaintiffs,

               -against-

SHAWNE MERRIMAN, individually, and as Trustee of Trust
M250124, and LIGHTS OUT HOLDINGS LLC, a California
limited liability company,

      Defendants,

LIGHTS OUT HOLDINGS LLC, a Wyoming limited liability
company,

      Nominal Defendant.

----------------------------------------------------------------------------------------------

**ORDER**

### [PROPOSED] TEMPORARY RESTRAINING ORDER

**THIS MATTER**, having come before the Court on the Motion for a Temporary Restraining Order and Preliminary Injunction by Plaintiffs' A.R.I. Agent, LLC, and Lights Out Enterprises, Inc. (collectively "Plaintiffs") pursuant to Fed. R. Civ. P. 65(a) and (b); and the Court having considered the Complaint, Exhibits and the Memorandum of the Plaintiffs; and it appearing that there a likelihood of success on the merits in that it appears that the Plaintiffs have established that Defendant Shawne Merriman, Trust M250124, and Lights Out Holdings, LLC (collectively "Defendants") have breached _____, and Plaintiffs' have suffered, and continue to suffer damage, as a result of the violations; and it appearing that the Plaintiffs will suffer immediate and irreparable harm without the issuance of preliminary relief; and it appearing that the balance of the hardships weigh in favor of Plaintiffs; and it appearing that the public interest is served; and for good cause,

**NOW THEREFORE**, it is on the _____Day of May 2026, at _____o'clock, a.m./p.m.,

**ORDERED**  that  Defendants, are to **IMMEDIATELY** take such actions to secure and freeze all assets held in, or controlled by, Shawne Merriman, Trust M250124 and Lights Out Holdings LLC, including all assets, intellectual property, or proceeds from intellectual property;

**IT IS FURTHER ORDERED** that Defendants are enjoined from:  (1) representing that Shawne Merriman controls, owns, manages, speaks for, or has authority to act on behalf of Lights Out Enterprises, Inc.; (2) issuing or causing any public or private communication in the name of, or on behalf of, Lights Out Enterprises, Inc.; (3) representing that Lights Out Enterprises, Inc. is a plaintiff in, or has authorized, the Nevada Action; (4) making or causing any false or misleading public or private statement that Merriman controls, manages, speaks for, or has authority to act on behalf of Lights Out Enterprises, or that Lights Out Enterprises authorized or is a plaintiff in the Nevada Action; (5) interfering with Lights Out Enterprises' employees, vendors, sponsors, customers, suppliers, broadcasters, fighters, contractors, investors, or other business relationships by falsely claiming authority to act for or speak on behalf of Lights Out Enterprises; and (6) using, selling, licensing, transferring, encumbering, or otherwise exploiting the Intellectual Property, as described in the Memorandum, and from transferring, dissipating, concealing, or disposing of any identifiable proceeds derived from the Intellectual Property, pending further order of the Court.

**IT IS FURTHER ORDERED** that Defendants are required to:  (1) deposit into escrow any identifiable proceeds they have received, or later receive, from the use, sale, licensing, transfer, or other exploitation of the Intellectual Property, pending further order of the Court; (2) preserve all documents and records relating to Lights Out Enterprises, Plaintiffs, the Nevada Action, the Collateral – including the Intellectual Property and any IP Proceeds; (3) provide an accounting of all proceeds, revenues, profits, or other economic benefits derived from the Collateral - including

2

the IP Proceeds; and (4) establish a constructive trust over any IP Proceeds received during the

pendency of this action.

**IT IS FURTHER ORDERED** that this Order shall apply to Defendants and their

members, officers, servants, agents or employees, and anyone acting in concert with them,

including; and

**IT IS FURTHER ORDERED** that the Parties shall appear personally or virtually before

this Court at _____a.m./p.m. on the _____day of May, 2026 for a Preliminary Injunction Hearing.


_____
Hon. _____
U.S. District Judge
Southern District of New York

3